UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| CURTIS TRUMAN, | Case No. 3:22-CV-00548-MMD-CLB |
|---|---|
| Plaintiff, | **ORDER TO CHANGE ADDRESS** |
| v. | |
| THURISTON MOORE, *et al.*, | |
| Defendants. | |

On August 21, 2023, the Court entered an order denying Plaintiff's motion for appointment of counsel. (ECF No. 25.) The Court sent this document to Plaintiff's address at the Ely State Prison ("ESP"). On August 22, 2023, ESP returned this document stating that Plaintiff was "not at ESP." (ECF No. 26.) A search of the NDOC's inmate database shows Plaintiff is currently incarcerated at the High Desert State Prison. However, Plaintiff has not filed a change of address with the Court. Pursuant to Local Rule IA 3-1, Plaintiff must immediately file with the Court written notification of any change of mailing address. Failure to comply with this rule may result in dismissal of this action.

Based on the above, Plaintiff shall have until **Friday, September 22, 2023**, to file a notice of change of address, or this Court will recommend that this action be dismissed.

**IT IS SO ORDERED.**

**DATED**: August 22, 2023.

_____
UNITED STATES MAGISTRATE JUDGE