UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CURTIS TRUMAN,<br><br>                Plaintiff,<br><br>     v.<br><br>THURISTON MOORE, *et al.*,<br><br>                Defendants. | Case No. 3:22-CV-00548-MMD-CLB<br><br>**ORDER TO CHANGE ADDRESS** |

On August 21, 2023, the Court entered an order denying Plaintiff's motion for appointment of counsel. (ECF No. 25.) The Court sent this document to Plaintiff's address at the Ely State Prison ("ESP"). On August 22, 2023, ESP returned this document stating that Plaintiff was "not at ESP." (ECF No. 26.) A search of the NDOC's inmate database shows Plaintiff is currently incarcerated at the High Desert State Prison. However, Plaintiff has not filed a change of address with the Court. Pursuant to Local Rule IA 3-1, Plaintiff must immediately file with the Court written notification of any change of mailing address. Failure to comply with this rule may result in dismissal of this action. Accordingly, the Court ordered Plaintiff to file his updated address with the Court by Friday, September 22, 2023, which he did not do. (ECF No. 27.)

However, based on Plaintiff's *pro se* status, the Court will give Plaintiff <u>one final</u> opportunity to update his address. Plaintiff shall have until **Friday, October 13, 2023,** to file a notice of change of address, or this Court will recommend that this action be dismissed.

**IT IS SO ORDERED.**

**DATED**: September 28, 2023.

                                                UNITED STATES MAGISTRATE JUDGE