UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CURTIS TRUMAN, | Case No. 3:22-CV-00548-MMD-CLB |
| Plaintiff, | **ORDER DENYING MOTION TO EXTEND TIME AND GRANTING MOTION FOR MISSING DOCUMENTS** |
| v. | |
| THURISTON MOORE, *et al.*, | [ECF Nos. 31, 32] |
| Defendants. | |

On August 21, 2023, the Court entered an order denying Plaintiff Curtis Truman's ("Truman") motion for appointment of counsel. (ECF No. 25.) The Court sent this document to Truman's address at the Ely State Prison ("ESP"). On August 22, 2023, ESP returned this document stating that Truman was "not at ESP." (ECF No. 26.) A search of the NDOC's inmate database showed Truman is currently incarcerated at the High Desert State Prison. However, Truman had not filed a change of address with the Court. Pursuant to Local Rule IA 3-1, Truman must immediately file with the Court written notification of any change of mailing address. Accordingly, the Court ordered Truman on two separate occasions to file his updated address with the Court. (ECF Nos. 27, 29.) Thereafter, Truman filed his notice of change of address in compliance with the Court's order. (ECF No. 30.)

Now pending before the Court are two motions filed by Truman: (1) a motion to extend time to complete discovery, (ECF No. 31); and (2) a motion request to resend documents, (ECF No. 32). The Court discusses each motion in turn.

I.    **DISCUSSION**

    **A.**    **Motion to Extend Discovery**

Truman's first motion requests an extension of time to complete discovery based on the "change of address and ECF document[s] getting sent back." (ECF No. 31.) The motion does not specify how long of an extension Truman would like. (*See id.*)

Nonetheless, discovery in this matter only just recently began and the scheduling order in this matter set the close of discovery for February 7, 2024. (ECF No. 20.) This should provide Truman ample time to complete discovery. Accordingly, the motion, (ECF No. 31), is denied with leave to refile. Should Truman need more time to complete discovery, he has until January 17, 2024 to move to extend discovery pursuant to the scheduling order. (ECF No. 20 at 6.)

### B.     Motion to Request Missing Documents

Truman's second motion requests that he be resent several documents that he did not receive due to the address change. (ECF No. 32.) Specifically, Truman requests that ECF Nos. 23, 24, 25, 26, 27, and 28 be resent to his new address. While it is not the Court's obligation to provide litigants, even indigent ones, with copy services, in the interest of judicial economy, the Court will grant Truman's request, one time only. Should Truman need copies in the future, the Clerk shall provide him with a copy order form, and he may order copies of documents at his own expense. Accordingly, Truman's motion (ECF No. 32) is granted, and the Court will direct the Clerk to resend the requested documents.

## II.    CONCLUSION

Based on the above, and for good cause appearing, **IT IS ORDERED** that Truman's motion to extend time, (ECF No. 31), is **DENIED with leave to refile**.

**IT IS FURTHER ORDERED** that Truman's motion to resend documents, (ECF No. 32), is **GRANTED**. The Clerk shall **RESEND** Truman copies of ECF Nos. 23, 24, 25, 26, 27, and 28.

**IT IS SO ORDERED.**

DATED: October 12, 2023.

_____
UNITED STATES MAGISTRATE JUDGE