**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| CURTIS TRUMAN, | Case No. 3:22-CV-00548-MMD-CLB |
| Plaintiff, | **ORDER REGARDING MOTION FOR RECONSIDERATION** |
| v. | [ECF No. 46] |
| THURISTON MOORE, *et al.*, | |
| Defendants. | |

On June 17, 2024, the Court denied Plaintiff Curtis Truman's ("Truman") motion to compel discovery, (ECF No. 40), without prejudice for failure to comply with the Federal Rules of Civil Procedure, the Court's Local Rules, and the Court's orders. (ECF No. 41.) Truman has since filed a motion for reconsideration of the Court's order. (ECF No. 46.) Upon review of the motion, it seems Truman is attempting to cure the deficiencies in the motion to compel, rather than argue the Court's order denying the motion was incorrect. (*Id.*) Therefore, the Court will treat Truman's motion for reconsideration, (ECF No. 46), as a renewed motion to compel discovery. Additionally, based on Truman's representation that he has not been able to sufficiently pursue discovery, the Court will stay the briefing schedule of Defendants' motion for summary judgment, (ECF No. 43), until the Court enters an order on the motion to compel.

**IT IS THEREFORE ORDERED** that the briefing schedule for Truman's motion to compel, (ECF No. 46), is as follows:

- Defendants must file a response to on or before **July 23, 2024**.
- Truman must file a reply on or before **July 30, 2024**.

///

///

///

///

**IT IS FURTHER ORDERED** that the briefing schedule for Defendants' motion for summary judgment, (ECF No. 43), is **STAYED** until the Court enters an order on Truman's motion, (ECF No. 46).

**IT IS SO ORDERED.**

**DATED**: ___July 9, 2024___.

_____
**UNITED STATES MAGISTRATE JUDGE**