UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CURTIS TRUMAN,<br><br>  Plaintiff,<br><br>v.<br><br>THURISTON MOORE, *et al.*,<br><br>  Defendants. | Case No. 3:22-CV-00548-MMD-CLB<br><br>**ORDER STRIKING AMENDED COMPLAINT**<br><br>[ECF No. 64] |

On October 31, 2024, Plaintiff Curtis Truman ("Truman") filed a proposed first amended complaint. (ECF No. 64.) However, Truman did not file a motion along with his proposed amended complaint, as required by Local Rule 15-1(a). Additionally, pursuant to the discovery plan and scheduling order in this case, the deadline to move to amend pleadings was October 10, 2023. (*See* ECF No. 20 at 6.) Further, discovery closed on September 13, 2024, and dispositive motions were due and were timely filed on October 15, 2024. (ECF No. 55.) Accordingly, Truman's proposed first amended complaint was untimely filed and was not filed in compliance with the Local Rules.

Accordingly, for good cause appearing, and for the reasons stated above, **IT IS ORDERED** that Truman's proposed first amended complaint, (ECF No. 64), is **STRICKEN.**

**IT IS FURTHER ORDERED** that the original complaint, (ECF No. 5), and screening order (ECF No. 6), remain operative in this case.

**DATED**: November 1, 2024.

_____
UNITED STATES MAGISTRATE JUDGE