# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CURTIS TRUMAN, | Case No. 3:22-CV-00548-MMD-CLB |
| Plaintiff, | **ORDER DENYING MOTION FOR STATUS** |
| v. | [ECF No. 70] |
| THURISTON MOORE, *et al.*, | |
| Defendants. | |

On December 18, 2024, Plaintiff Curtis Truman ("Truman") filed a motion for update. (ECF No. 70.) Specifically, Truman requests an update on the Court's decision regarding Truman's response to Defendants' motion for summary judgment. (*See id.*) Truman is advised that filing motions seeking "updates" or immediate action on pending motions will not increase the speed with which the Court is able to proceed in this case. The Court has a heavy docket. Truman's case is just one of hundreds before the Court. Thus, Truman's filings only *slow* the pace of this litigation by requiring the Court's attention and consideration of small and secondary matters instead of the central issues in this case.

Accordingly, **IT IS ORDERED** that Truman's motion for status, (ECF No. 70), is hereby **DENIED**.

**DATED**: December 18, 2024

**UNITED STATES MAGISTRATE JUDGE**