UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

CUTRIS TRUMAN,

                Plaintiff,

v.

THURISTON MOORE, et al.,

                Defendants.

Case No. 3:22-cv-00548-MMD-CLB

ORDER TO TRANSPORT PLAINTIFF FOR JURY TRIAL

The Court scheduled an in-person Jury Trial to begin on **Wednesday, November 12, 2025** at 9:00 A.M. in Reno Courtroom 5 before Chief Judge Miranda M. Du.

IT IS ORDERED that the Nevada Department of Corrections (NDOC) shall transport inmate Cutis Truman, NDOC #1248032, to the Bruce R. Thompson Federal Courthouse, 400 S. Virginia Street, Reno, Nevada, to personally attend the Jury trial on November 12, 2025, at 9:00 A.M. in Reno Courtroom 5 and continuing daily until it is completed. NDOC is ordered to transport Plaintiff to the courtroom no later than **8:30 A.M. each day**.

IT IS FURTHER ORDERED that the Clerk of Court shall provide a courtesy copy of this order to the U.S. Marshal's Office in Reno.

IT IS SO ORDERED.

DATED this 15th day of October, 2025.

_____
Miranda M. Du,
United States District Judge